

FILED

FEB 28 2018

Clerk, U.S. District Court
By:_____Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| _____ | ) *Demand Jury trial in a* |
| Guy Neighbors | ) *common law court of Record* |
| | ) |
| | ) |
| _____ | ) |
| (Enter above the full name of the Plaintiff(s) | ) |
| | ) |
| | ) Case Number *18-4013-SAC-KGS* |
| vs. | ) |
| | ) |
| State of Kansas, Kansas State B.A.R. Ass | ) |
| Name | ) |
| Lynette R. Bakker | ) |
| Street and number | ) |
| | ) |
| _____ | ) |
| City        State        ZipCode | ) |

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

**CIVIL COMPLAINT**

I.    Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.    Name of plaintiff Lynette R Bakker _____

Address 120 SW 10th Ave. 2nd Fl. Topeka, Ks. 66612 _____

_____

_____

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.    Defendant Kansas State B.A.R. Assoc. 1200 SW Harrison St.                  is

employed at Topeka KS. 66612

C.    Additional Defendants State of Kansas 120 SW 10th Ave 2nd Fl.

Topeka Ks. 66612

II.    Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1.    Plaintiff is a citizen of the State of            Florida            .

2.    The first-named defendant above is either

a.  a citizen of the State of            Kansas            ; or

b.  a corporation incorporated under the laws of the State of            Kansas            and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

a.    a citizen of the State of            Kansas            ; or

b.    a corporation incorporated under the laws of the State of            Kansas            and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B.    (If applicable)  Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

[✓] 1.    This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article___1___, Section___10___; Statute, US Code, Title_____, Section_____.

[✓] 2.    This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

[ ] 3.    Other grounds (specify and state any statute which gives rise to such grounds):

42 U.S.C. § 1983: FOURTH, FIFTH, Eighth, and

NINTH AND FOURTEENTH AMENDMENTS;

AND FALSE CLAIMS 31 U.S. Code § 3729 (a) (C

and 28 USC § 2409a. See: Attached Civil Claim

III.    Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

The State of Kansas atttacked plaintiffs business with a smear campain that

makes people think the paralegal business is violating the law. This attack

violates Contract Clause appears in the United States Constitution, Article I,

10, clause 1. All of the defendant's are member of the same club/association an

using assoc. rules to damage plaintiff. See Civil Claim Attached

IV.    Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

3

Relief  is Stated in the civil claim See attached document

V.     Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☒    No ☐

VI.     Do you claim actual damages for the acts alleged in your complaint?
Yes ☒     No ☐

VII.     Do you claim punitive monetary damages?   Yes ☒    No ☐


If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

5.5 million dollars for damage to my paralegal business reputation for the false

claims the plaintiff violated consumer protection laws and injured several citizens

from the State of Kansas. This attack on the paralegal business will be posted in

the public record for ever continuing to damage the paralegal business. The

defendant filed in a non court of record to violate the plaintiff's right to due

process of law. Defendant's conspired to cause injuries. See Civil Claim Attache

4

VIII.   Administrative Procedures:

A.   Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes ☐ No ☒

B.   If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

na

C.   If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

You will need to ask the government this question

IX.   Related Litigation:

Please mark the statement that pertains to this case:

☐   This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☑   Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

Signature of Plaintiff

Guy Neighbors
Name (Print or Type)

1309 Sunchase dr.
Address      Without prejudice u.c.c 1-308

5

Lawrence, KS.   66044
City          State          Zip Code

(913) 240-0227
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita,   ☐ Kansas City , or   ☒ Topeka} , Kansas as the
(Select One)

location for the trial in this matter.

Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☒ Yes or   ☐ No } *in a common law court of record*
(Select One)

*Common law Court of Record*

Signature of Plaintiff

*Without Prejudice U.C.C 1-308*

Dated: 02/28/2018
(Rev. 10/15)

6